United States Courts
Southern District of Texas
FILED

*January 04, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § § § | **CRIMINAL NO. 4:22-cr-1** |
| **Andy De La Fuente** § § | |

## MISDEMEANOR INFORMATION

THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS CHARGES THAT:

### COUNT ONE

(Obstruction of Mails)

On or about April 01, 2021 thru September 23, 2021, within the Houston Division of the Southern District of Texas,

**ANDY DE LA FUENTE**

the defendant herein, being a United States Postal Service employee, did knowingly and willfully obstruct the passage of mail; that is, the Defendant failed to deliver approximately 851 pieces of mail recovered from his mail route and maintained the undelivered mail in a personal vehicle.

In violation of Title 18, United States Code, Section 1701.

### COUNT TWO

(Obstruction of Mails)

On or about April 01, 2021 thru September 23, 2021, within the Houston Division of the Southern District of Texas,

**ANDY DE LA FUENTE**

the defendant herein, being a United States Postal Service employee, did knowingly and willfully obstruct the passage of mail; that is, the Defendant failed to deliver approximately 1,955 pieces of mail from his mail route, that was later recovered abandoned in a building by the property owner.

In violation of Title 18, United States Code, Section 1701.

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

By: BENJAMIN SMITH
Digitally signed by BENJAMIN SMITH
Date: 2022.01.03 13:08:45 -06'00'

Benjamin J. Smith
Special Assistant United States Attorney
(281) 914-8151 cell